# United States Court of Appeals
## For the First Circuit

No. 20-1571

EUNICE FIELD,

Petitioner, Appellant,

v.

ALLISON HALLETT, Superintendent, MCI Framingham,

Respondent, Appellee.

**ERRATA SHEET**

The opinion of this Court issued on June 15, 2022 is amended as follows:

On page 15, line 17, replace "and" with "an"